AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. §§ 1030(a)(7)(C) and (c)(3)(A) – Extortion in Relation to Damage to a Protected Computer;
18 U.S.C. §§ 982(a)(2)(B) and 1030(i) – Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum prison term: 3 years
Maximum fine: $250,000
Supervised Release: 3 years
Special assessment: $100

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
FEB 18 2020

**DEFENDANT - U.S**
MOULAY O. ISHAK

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER
CR 20 0077 VC

**DEFENDANT**
**IS NOT IN CUSTODY**
 Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

Name and Office of Person Furnishing Information on this form    David L. Anderson
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Kimberly Hopkins

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT      Bail Amount:
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                          Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

**CR 20 0077**

VC

MOULAY O. ISHAK,

DEFENDANT(S).

## INDICTMENT

18 U.S.C. §§ 1030(a)(7)(C) and (c)(3)(A) – Extortion in Relation to Damage to a Protected Computer;
18 U.S.C. §§ 982(a)(2)(B) and 1030(i) – Forfeiture

A true bill.

*True Bill*

_____
Foreman

Filed in open court this ___18___ day of

February 2020

_____
KAREN L. HOM
Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ _no bail arrest warr___

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MOULAY O. ISHAK,<br><br>　　Defendant. | CASE NO. CR 20 0077 VC<br><br>VIOLATIONS:<br>18 U.S.C. §§ 1030(a)(7)(C) and (c)(3)(A) – Extortion in Relation to Damage to a Protected Computer;<br>18 U.S.C. §§ 982(a)(2)(B) and 1030(i) – Forfeiture |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:　　(18 U.S.C. §§ 1030(a)(7)(C), (c)(3)(A) – Extortion in Relation to Damage to a Protected Computer)

　　1.　　On or about May 27, 2018, and continuing to at least May 31, 2018, in the Northern District of California and elsewhere, the defendant,

MOULAY O. ISHAK,

with intent to extort from Ticketfly, money and other things of value, transmitted in interstate and foreign commerce a communication containing a demand and request for money and other things of value in relation to damage to a protected computer, to wit, Ticketfly's servers, where such damage was caused to facilitate the extortion.

INDICTMENT

In violation of Title 18, United States Code, Sections 1030(a)(7)(C) and (c)(3)(A).

FORFEITURE ALLEGATION:    (18 U.S.C. §§ 982(a)(2)(B) and 1030(i) and (j))

2. The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 982(a)(2)(b) and 1030(i).

3. Upon conviction for the offense set forth in Count One in violation of Title 18, United States Code, Section 1030, set forth in this Indictment, the defendant,

MOULAY O. ISHAK,

shall forfeit to the United States of America: (1) pursuant to Title 18, United States Code, Sections 982(a)(2)(b) and 1030(i), any property, real or personal, constituting, or derived from proceeds obtained directly or indirectly as a result of such offense; and (2) pursuant to Title 18, United States Code, Section 1030(i), any personal property that was used or intended to be used to commit or to facilitate the commission of such offense.

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B), 982(b), and 1030(i), and Title 21, United States Code Section 853.

DATED:

2/18/2020

A TRUE BILL.

_____
FOREPERSON

DAVID L. ANDERSON
United States Attorney

_____
KIMBERLY HOPKINS
Assistant United States Attorney

INDICTMENT                                    2